■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR MICHAEL, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Decision of this court dated March 31, 1965 rescinded, and appeal dismissed, on the ground that no appeal was timely taken. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEIL THOMAS HOLDRIDGE, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Motion for permission to proceed as a poor person and assignment of counsel denied, and appeal dismissed, without costs, on the ground no timely appeal was taken. Petitioner may raise the question whether he was prevented by hospital authorities from filing a timely notice of appeal in a subsequent petition for a writ of habeas corpus (CPLR 7002, subd. [c], par. 6). Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX TERRY, Petitioner, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and for failure to state facts warranting the relief requested. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

## (September 23, 1965)

■ ACME MARKETS, INC., Appellant, v. TRI-CITY SHOPPING CENTER, INC., et al., Respondents.— Motion, insofar as it seeks dismissal of appeal on the ground that the notice of appeal fails to specify the order or judgment appealed from, denied, without costs, and without prejudice to its renewal upon the argument. Motion in all other respects denied, without costs, upon condition appellant shall, on or before October 18, 1965, file and serve record, brief and notice of argument for the term commencing November 15, 1965. It does not appear from the papers before us whether the transcript of the examination before trial conducted March 25, 1965, should be included in the record on appeal (CPLR 5526), inasmuch as the judgment or order does not recite the papers used on the motion (CPLR 2219, subd. [a]), the remedy under these circumstances being an application to Special Term to resettle the order. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BORST, Relator, v. DANIEL McMANN, as Warden of Clinton Prison, et al., Respondents.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Judgment signed and entered. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.